Certificate Number: 05781-PAW-DE-031939040

Bankruptcy Case Number: 18-24110



05781-PAW-DE-031939040

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 23, 2018, at 5:03 o'clock PM PST, Patrick Mansfield completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 23, 2018         By:   /s/Allison M Geving

                                  Name: Allison M Geving

                                  Title: President